IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00320-PAB-KMT

JOHN CHAU, individually and on behalf of all others similarly situated,

Plaintiff,
v.
INTREPID POTASH, INC.,
ROBERT P. JORNAYVAZ, III, and
PATRICK L. AVERY,

Defendants.

---

Civil Action No. 09-cv-00520-PAB-KMT

JOHN A. ARNONE, on behalf of all others similarly situated,

Plaintiff,
v.
INTREPID POTASH, INC.,
ROBERT P. JORNAYVAZ, III,
PATRICK L. AVERY,
HUGH E. HARVEY, JR.,
TERRY CONSIDINE,
J. LANDIS MARTIN,
BARTH E. WHITMAN,
GOLDMAN, SACHS & CO,
MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED,
MORGAN STANLEY & CO., INCORPORATED,
RBC CAPITAL MARKETS CORPORATION, and
BMO CAPITAL MARKETS CORP.,

Defendants.

---

and

Civil Action No. 09-cv-00547-PAB-KMT

DARRELL GERLACH, individually and on behalf of all others similarly situated,

Plaintiff,
v.
INTREPID POTASH, INC.,
ROBERT P. JORNAYVAZ, III, and
PATRICK L. AVERY,

Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion to Vacate Scheduling Conference and Related Deadlines" (# 35, filed May 4, 2009) is GRANTED. The Scheduling Conference set for May 28, 2009 and the related deadlines (Docs. Nos. 5, 15) are VACATED.

The parties shall submit a status report no later than June 1, 2009, advising the court when they anticipate a consolidated complaint will be filed.

Dated: May 6, 2009