**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00320-PAB-KMT

(Consolidated with Civil Action Nos. 09-cv-00520-PAB-KMT and 09-cv-00547-PAB-KMT)

In re INTREPID POTASH, INC. SECURITIES LITIGATION

_____

**STATUS REPORT**
_____

Pursuant to this Court's May 6, 2009 Minute Order (Doc. No. 38), Lead Plaintiff Ironworkers St. Louis District Council Pension Fund states that the parties agree that it will file a consolidated complaint within 30 days.

DATED:  June 1, 2009                                Respectfully submitted,

                                                    s/ Jeffrey A. Berens
                                                    Robert J. Dyer III
                                                    ***Jeffrey A. Berens***
                                                    DYER & BERENS LLP
                                                    682 Grant Street
                                                    Denver, CO  80203-3507
                                                    Telephone: (303) 861-1764
                                                    FAX: (303) 395-0393
                                                    Email: bob@dyerberens.com
                                                    Email: jeff@dyerberens.com

                                                    **Liaison Counsel for Plaintiffs**

                                                    Henry Rosen
                                                    Trig R. Smith
                                                    COUGHLIN STOIA GELLER RUDMAN
                                                    & ROBBINS LLP
                                                    655 West Broadway, Suite 1900
                                                    San Diego, CA  92101
                                                    Telephone: (619) 231-1058
                                                    FAX: (619) 231-7423
                                                    Email: henryr@csgrr.com
                                                    Email: trigs@csgrr.com

                                                    **Lead Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2009, I electronically filed the foregoing **STATUS REPORT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

> s/ Jeffrey A. Berens
> *Jeffrey A. Berens*
> Attorney for Plaintiffs
> DYER & BERENS LLP
> 682 Grant Street
> Denver, CO  80203-3507
> Telephone: (303) 861-1764
> FAX: (303) 395-0393
> Email: jeff@dyerberens.com

**Mailing Information for a Case 1:09-cv-00320-PAB-KMT**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Allen Berens**
  jeff@dyerberens.com,jeffreyberens@comcast.net

- **Susan Bernhardt**
  sbernhardt@shermanhoward.com,cdias@shermanhoward.com,efiling@sah.com,fnejeidi@shermanhoward.com,efiling@shermanhoward.com,jmundt@shermanhoward.com

- **Karen Jean Cody-Hopkins**
  kjch@lilleylaw.com,cwilliams@lilleylaw.com

- **David A. DeMarco**
  dademarco@hhlaw.com,paflores@hhlaw.com,ecfnotices@hhlaw.com,tcyrus@hhlaw.com,djmckune@hhlaw.com

- **Robert J. Dyer , III**
  bob@dyerberens.com

- **Leslie Ann Eaton**
  eaton@ballardspahr.com,dethlefs@ballardspahr.com

- **Terence C. Gill**
  tgill@sah.com,cgreen@shermanhoward.com,efiling@sah.com

- **Rusty Evan Glenn**
  rusty@shumanlawfirm.com

- **Charles Walter Lilley**
  clilley@lilleylaw.com

- **Brooke Pates**
  bpates@shermanhoward.com,efiling@sah.com,lerickso@sah.com

- **Daniel F. Shea**
  dfshea@hhlaw.com,paflores@hhlaw.com,bcsauer@hhlaw.com,tlfry@hhlaw.com,ecfnotices@hhlaw.com,tcyrus@hhlaw.com

- **Kip Brian Shuman**
  kip@shumanlawfirm.com,rusty@shumanlawfirm.com,lisa@shumanlawfirm.com

- **Roger P. Thomasch**
  thomasch@ballardspahr.com,winter@ballardspahr.com,dethlefs@ballardspahr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)