## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Philip A. Brimmer

Civil Case No. 09-cv-00320-PAB-KMT

(Consolidated with Civil Action Nos. 09-cv-00520-PAB-BNB and 09-cv-00547-CMA-MJW)

In re INTREPID POTASH, INC., SECURITIES LITIGATION
_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Lead Plaintiffs' Joint Notice of Dismissal With Prejudice [Docket No. 50]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED July 20, 2009.

                                              BY THE COURT:

                                              s/ Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge